TODD BLANCHE
Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6546
Kimberly.Frayn@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF GPS AND CELL SITE INFORMATION ON CELLULAR TELEPHONE NUMBER 725-329-0012 | Case No. 2:26-mj-00453-NJK<br><br>**Government's Motion to Unseal Case** |

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Application for an Order authorizing the installation and use of a pen register, trap and trace device and caller identification service, and authorizing release of GPS and cell site information on cellular telephone number725-329-0012, the Application for Order instructing provider to not notify any person of tracking warrant, the Warrant filed under the instant case,

///

///

and all related documents in anticipation of producing the same as discovery in *US v. Eustatiu Brat*, case number 2:26-cr-00169-RFB-NJK.

DATED: November 10, 2026.

Respectfully,

TODD BLANCHE
Attorney General

*Kimberly M. Frayn*
______________________
KIMBERLY M. FRAYN
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF GPS AND CELL SITE INFORMATION ON CELLULAR TELEPHONE NUMBER 725-329-0012 | Case No. 2:26-mj-00453-NJK<br><br>**Order Unsealing Case** |

Based on the Motion of the Government, and good cause appearing therefore,

IT IS HEREBY ORDERED that the instant case shall be unsealed.

DATED this 10th day of November, 2026.

HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE